**Electronically Filed
Supreme Court
SCWC-30733
20-DEC-2011
08:07 AM**

NO. SCWC-30733

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

THOMAS H. BROWN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30733; CR. NO. 09-1-0720)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Thomas H. Brown's

application for writ of certiorari filed on November 8, 2011, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 20, 2011.

Summer M.M. Kupau, Deputy
Public Defender, on the
application for petitioner/
defendant-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

